IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MANCHESTER UNITED FOOTBALL CLUB LIMITED, TOTTENHAM HOTSPUR LIMITED, and THE LIVERPOOL FOOTBALL CLUB AND ATHLETIC GROUNDS LIMITED,<br><br>        Plaintiffs,<br><br>   v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>        Defendants. | Case No. 22-cv-00487 |

**NOTIFICATION OF AFFILIATES**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Plaintiff The Liverpool Football Club and Athletic Grounds Limited ("Plaintiff" or "LFC"), by and through its undersigned counsel, certifies that LFC is a wholly owned subsidiary of N.E.S.V. I, LLC (trading as Fenway Sports Group), a Delaware Limited Liability Company.

| | |
|---|---|
| Dated this 27th day of January 2022. | Respectfully submitted,<br><br>/s/ Justin R. Gaudio<br>Amy C. Ziegler<br>Justin R. Gaudio<br>Jake M. Christensen<br>Abby M. Neu<br>Greer, Burns & Crain, Ltd.<br>300 South Wacker Drive, Suite 2500<br>Chicago, Illinois 60606<br>312.360.0080 / 312.360.9315 (facsimile)<br>aziegler@gbc.law<br>jgaudio@gbc.law<br>jchristensen@gbc.law<br>aneu@gbc.law<br><br>*Counsel for Plaintiffs Manchester United Football Club Limited, Tottenham Hotspur Limited, and The Liverpool Football Club and Athletic Grounds Limited* |