**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MANCHESTER UNITED FOOTBALL CLUB LIMITED, TOTTENHAM HOTSPUR LIMITED, and THE LIVERPOOL FOOTBALL CLUB AND ATHLETIC GROUNDS LIMITED,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>        Defendants. | Case No. 22-cv-00487 |

**NOTIFICATION OF AFFILIATES**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Plaintiff Manchester United Football Club Limited ("Plaintiff" or "MUFC"), by and through its undersigned counsel, certifies that MUFC is a wholly owned subsidiary of Manchester United Limited, which is owned by Manchester United PLC, a publicly listed company.

| | |
|---|---|
| Dated this 27th day of January 2022. | Respectfully submitted, |
| | /s/ Justin R. Gaudio |
| | Amy C. Ziegler |
| | Justin R. Gaudio |
| | Jake M. Christensen |
| | Abby M. Neu |
| | Greer, Burns & Crain, Ltd. |
| | 300 South Wacker Drive, Suite 2500 |
| | Chicago, Illinois 60606 |
| | 312.360.0080 / 312.360.9315 (facsimile) |
| | aziegler@gbc.law |
| | jgaudio@gbc.law |
| | jchristensen@gbc.law |
| | aneu@gbc.law |
| | |
| | *Counsel for Plaintiffs Manchester United Football Club Limited, Tottenham Hotspur Limited, and The Liverpool Football Club and Athletic Grounds Limited* |