IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MANCHESTER UNITED FOOTBALL CLUB LIMITED, TOTTENHAM HOTSPUR LIMITED, and THE LIVERPOOL FOOTBALL CLUB AND ATHLETIC GROUNDS LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 22-cv-00487 |

**NOTIFICATION OF AFFILIATES**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Plaintiff Tottenham Hotspur Limited ("Plaintiff" or "THFC"), by and through its undersigned counsel, certifies that THFC is majority owned by ENIC Sports Inc., a wholly owned subsidiary of ENIC Group, which is a privately held company, and that there are no publicly held corporations that own more than 5% of the stock of THFC.

Dated this 27th day of January 2022.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Abby M. Neu
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
aneu@gbc.law

*Counsel for Plaintiffs Manchester United Football Club Limited, Tottenham Hotspur Limited, and The Liverpool Football Club and Athletic Grounds Limited*