IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MANCHESTER UNITED FOOTBALL CLUB LIMITED, TOTTENHAM HOTSPUR LIMITED, and THE LIVERPOOL FOOTBALL CLUB AND ATHLETIC GROUNDS LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>GUANGZHOU VIETA GARMENT CO., LTD., et al.,<br><br>Defendants. | Case No. 22-cv-00487<br><br>**Judge Franklin U. Valderrama**<br><br>**Magistrate Judge M. David Weisman** |

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

Plaintiffs Manchester United Football Club Limited ("MUFC"), Tottenham Hotspur Limited ("THFC"), and The Liverpool Football Club and Athletic Grounds Limited ("LFC") (collectively, "Plaintiffs"), by their counsel, move this Honorable Court to enter Default and Default Judgment against all Defendants remaining in the case.[1] In support of this Motion, Plaintiffs submit the accompanying Memorandum and a further Declaration of Justin R. Gaudio.

---

[1] A current version of Schedule A is attached to Plaintiffs' Memorandum as Exhibit 1.

1

Dated this 10th day of August 2022.    Respectfully submitted,

/s/ Isaku M. Begert
Amy C. Ziegler
Justin R. Gaudio
Isaku M. Begert
Kasey L. Ewald
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ibegert@gbc.law
kewald@gbc.law

*Counsel for Plaintiffs Manchester United Football Club Limited, Tottenham Hotspur Limited, and The Liverpool Football Club and Athletic Grounds Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of August 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Isaku M. Begert
Amy C. Ziegler
Justin R. Gaudio
Isaku M. Begert
Kasey L. Ewald
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ibegert@gbc.law
kewald@gbc.law

*Counsel for Plaintiffs Manchester United Football Club Limited, Tottenham Hotspur Limited, and The Liverpool Football Club and Athletic Grounds Limited*